**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | |
| PAUL HULSE, : | CRIMINAL ACTION NO. |
| : | 2:14-CR-00020-RWS |
| Defendant. : | |
| : | |
| : | |

**ORDER**

This case is before the Court for consideration of Magistrate Judge J. Clay Fuller's Report and Recommendation concerning plea of guilty [26]. The Report and Recommendation finds the Defendant's plea of guilty to have been knowingly and voluntarily made and finds that the charge to which the plea is entered is supported by an independent basis in fact establishing each of the essential elements of the offense. Judge Fuller recommends that the plea be accepted and the Defendant adjudged guilty and sentence imposed accordingly. There has been no objection made to the Report and Recommendation.

Pursuant to Rule 11, Federal Rules of Criminal Procedure, the Report and Recommendation is hereby adopted and made the Order of this Court. The plea

AO 72A
(Rev.8/82)

of guilty of the Defendant to Count Two of the Indictment is hereby accepted, and the Defendant is hereby adjudged guilty of said offense. Sentencing shall be scheduled by the courtroom deputy clerk.

The Clerk is directed to serve a copy of this Order upon the Defendant, the Defendant's attorney, the United States Attorney, the United States Probation Office, and the United States Marshal.

**SO ORDERED** this  24th  day of July, 2014.

_____
**RICHARD W. STORY**
United States District Judge